IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mayfield, Rose

Printed:  4/15/08

Case Number:  07 B 08005
Judge:  Hollis, Pamela S
Filed:  5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  March 3, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,882.23 |  |
| Secured: |  | 630.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,150.63 |
| Trustee Fee: |  | 101.60 |
| Other Funds: |  | 0.00 |
| Totals: | 1,882.23 | 1,882.23 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,324.00 | 1,150.63 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Central Furniture | Secured | 356.00 | 0.00 |
| 4. | Central Furniture | Secured | 357.60 | 270.00 |
| 5. | Citizens Financial Services | Secured | 893.83 | 360.00 |
| 6. | Chase Home Finance | Secured | 5,827.21 | 0.00 |
| 7. | Chase Home Finance | Secured | 9,325.00 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 115.53 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 0.00 |
| 10. | Instant Cash Advance | Unsecured | 40.00 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 534.05 | 0.00 |
| 12. | Marquette National Bank | Secured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | District Financial Service | Unsecured | | No Claim Filed |
| 16. | First Cash Advance | Unsecured | | No Claim Filed |
| 17. | Payday Loan | Unsecured | | No Claim Filed |
| 18. | Car Town | Unsecured | | No Claim Filed |
| 19. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 20. | One Iron Ventures | Unsecured | | No Claim Filed |
| 21. | Aspire Visa | Unsecured | | No Claim Filed |
| 22. | Insta Cash | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | First Premier | Unsecured | | No Claim Filed |
| 25. | Union Plus | Unsecured | | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mayfield, Rose

Printed:  4/15/08

Case Number:  07 B 08005

Judge:  Hollis, Pamela S

Filed:  5/2/07

_____                    _____
$ 20,854.22                        $ 1,780.63

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 101.60 |

_____
$ 101.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____